UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 5:78-cv-22-OC-20
                                                    (Judge Schlesinger)

MARION COUNTY SCHOOL DISTRICT,
et al.,

    Defendants.
_____/

## ORDER

As indicated in Open Court today, the parties will have until the close of business, that is, 5:00p.m. on June 3, 2005 to file their agreed upon modification to the JC Policy.

**DONE AND ENTERED** at Jacksonville, Florida, this 23rd day of May, 2005.

                                                   HARVEY E. SCHLESINGER
                                                   United States District Judge

Copies to:

Tamara H. Kassabian, Esq., U.S.DOJ
Michael W. Kirk, Esq.
David M. Wells, Esq.
Christine Milton, Esq.