FILED

2006 JAN -4 P 3: 03

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                              Case No. 5:78-cv-22-OC-20
                                                (Judge Schlesinger)

**MARION COUNTY SCHOOL DISTRICT,**
et al.,

   Defendants.
_____/

## ORDER

Before the Court is the Defendants' Unopposed Motion for Court Approval to Change the New Marion Oaks School from K-8 to a 4-8 Facility (Doc. No. 219, filed on December 13, 2005), which is **GRANTED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Tamara H. Kassabian, Esq., U.S.DOJ
Michael W. Kirk, Esq.
David M. Wells, Esq.